No. 93–6177. HARWOOD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–6180. MCQUEEN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–6190. EBOW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6215. ROBERTSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6231. STOVALL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6244. OJEDA-JIMENEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6245. RUSSELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–6246. ROQUE-ROMERO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6258. MORENO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6259. ROSILES-ORTIZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6263. MURPHY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6274. HERNANDEZ-GARZA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6275. FANT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6276. MCCRAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6277. PENASS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6278. RENO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.